| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 02, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JAMES WHITE,

    Defendant.

Case No. 2:21-mj-138-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __JAMES WHITE__ ,

Case No. __2:21-mj-138-CKD__ Charge __21 USC § 841(a)(1) and 841(b)(1)(A)(viii)__ ,

from custody for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ __50,000.00, co-signed by Richard White & Zac Harkins__

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other):

Issued at Sacramento, California on September 02, 2021 at 2:57 pm_____.

    By:    /s/ Carolyn K. Delaney

    Magistrate Judge Carolyn K. Delaney