UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 02, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES WHITE,

Defendant.

Case No.  2:21-mj-138-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  _JAMES WHITE_ ,

Case No.  _2:21-mj-138-CKD_  Charge _21 USC § 841(a)(1) and 841(b)(1)(A)(viii)_ ,

from custody for the following reasons:

_____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of $ _____

X    Unsecured Appearance Bond $    50,000.00, co-
signed by Richard
White & Zac Harkins

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other):

Issued at Sacramento, California on September 02, 2021 at 2:57 pm_____.

By:    /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney